# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ENRICO LEVY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-cv-723-JPG |
| | ) |
| WARDEN EVANS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

The Court dismissed this action as legally frivolous and subsequently denied Plaintiff's post-judgment motions and his request for leave to proceed *in forma pauperis* on appeal. The Seventh Circuit later dismissed his appeal, but Plaintiff persists. Currently pending before the Court are a motion to appoint counsel (Doc. 35), as well as yet another motion for reconsideration (Doc. 40). Each of these motions is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 8, 2008.

                                                           s/ J. Phil Gilbert
                                                           U. S. District Judge