# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ENRICO LEVY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| | ) | CIVIL NO. 06-cv-723-JPG |
| vs. | ) ) | APPEAL NO. 08-1833 |
| WARDEN EVANS, *et al.*, | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

The Court dismissed this action as legally frivolous and subsequently denied Plaintiff's post-judgment motions and his requests for leave to proceed *in forma pauperis* on appeal. The Seventh Circuit later dismissed his appeal, but Plaintiff persisted, filing another notice of appeal (Doc. 33). Subsequently, Plaintiff filed yet another motion for leave to proceed *in forma pauperis* on appeal, which was docketed as a memorandum in support of his motion (Doc. 41). For the reasons set forth in the Court's prior order (Doc. 32), this motion is also **DENIED**.

**IT IS SO ORDERED.**

**Dated: July 2, 2008.**

                                           **s/ J. Phil Gilbert**
                                           **U. S. District Judge**